UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>    Plaintiff,<br><br>    v.<br><br>A.T. & T CORPORATION,<br><br>    Defendant. | Case No.  5:24-cv-04863-PCP<br><br>**ORDER DISMISSING CASE** |

The Court dismissed pro se plaintiff Audrey L. Kimner's complaint without prejudice. The Court granted Ms. Kimner leave to amend her complaint by October 21, 2024. Ms. Kimner did not file an amended complaint by that date but she did file a motion to reopen her case. As the case had not been closed, the Court construed that motion as a motion to extend the deadline by which to amend her complaint. The Court granted that motion and required Ms. Kimner to file any amended complaint by January 10, 2025. Ms. Kimner did not file an amended complaint by that date. Accordingly, the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
P. Casey Pitts
United States District Judge