UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY L. KIMNER,<br>　　　　Plaintiff,<br>　v.<br>A.T. & T CORPORATION,<br>　　　　Defendant. | Case No. 24-cv-04863-PCP<br><br>**ORDER DENYING MOTION TO REOPEN CASE**<br><br>Re: Dkt. No. 15 |

Pro se plaintiff Audrey Kimner has filed a motion to reopen this case. Dkt. 15. Ms. Kimner asserts that this Court committed "Errors of Law" and asserts "new found evidence of Barratry." Dkt. 15 at 1. This Court previously screened Ms. Kimner's complaint for failure to state a claim on which relief can be granted. Dkt. 7 at 2. Ms. Kimner alleged multiple claims but did not plead facts that would establish plausibly that she is entitled to relief on those claims. This Court dismissed her complaint with leave to amend. *Id.* After extending the deadline to amend the complaint once by construing Ms. Kimner's motion to reopen this case as a motion to extend the deadline to file an amended complaint, Dkt. 13, the Clerk closed the case after Ms. Kimner failed to file an amended complaint, Dkt. 14.

Ms. Kimner moves to reopen this case under Federal Rules of Civil Procedure 59 and 60. Dkt. 15 at 3. Rule 59 sets forth procedures for granting a new trial, but not for reopening a case. Rule 59 also provides procedures for altering or amending a judgment but such a motion to alter or amend "must be filed no later than 28 days after the entry of the judgment." Here, judgment was entered far more than 28 days prior to the filing of Ms. Kimner's motion, so she cannot seek relief under Rule 59.

Rule 60 sets forth procedures for obtaining relief from a judgment or order. But none of the requirements for obtaining such relief apply here because Ms. Kimner does not allege facts

amounting to "mistake, inadvertence, surprise, or excusable neglect" nor "newly discovered evidence" nor "fraud." *See* Fed. R. Civ. Proc. 60(b)(1), (2), (3). Ms. Kimner alleges that after her case was closed, a press release disclosed China hacking defendant AT&T and a law firm reached out to Ms. Kimner to solicit her to join a mass tort action. Dkt. 15 at 1. Ms. Kimner also alleges additional facts not relevant to her action against AT&T. Dkt. 15 at 2. None of this purportedly new evidence provides grounds that would justify reopening her case. Accordingly, the motion is denied.

**IT IS SO ORDERED.**

Dated: December 2, 2025

P. Casey Pitts
United States District Judge